**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Amanda Darlene GREENE,
Defendant-Appellant.**

**No. 16-7050**

United States Court of Appeals,
Fourth Circuit.

Submitted: December 9, 2016

Decided: December 15, 2016

Amanda Darlene Greene, Appellant Pro Se. Eric Lloyd Iverson, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amanda Darlene Greene appeals the district court's order accepting the recommendation of the magistrate judge, denying Greene's exemption request, and ordering two garnishees to remit money and property of Greene to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Greene, No. 1:15-cr-00133-WO-1 (M.D.N.C. July 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED